IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PICKETT INDUSTRIES, INC.**                                                                 **PLAINTIFF**

**VS.**                          **CASE NO. 4:07CV00441 JMM**

**DEERE & COMPANY**                                                                          **DEFENDANT**

## ORDER

The Court has been notified that a settlement has been reached in the above styled case. Based upon this settlement, the complaint and all claims in this action are hereby dismissed with prejudice and the Clerk of the Court is directed to close the case and dismiss all pending motions as moot.

IT IS SO ORDERED this   12   day of   March , 2008.

_____
James M. Moody
United States District Judge